**FILED**
August 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No. MAG 06-0226 DAD
            Plaintiff,             )
v.                                 )   ORDER FOR RELEASE OF
                                   )   PERSON IN CUSTODY
LA SOUKASENE,                      )
                                   )
            Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  LA SOUKASENE , Case No. MAG 06-0226 DAD , Charge  Title 18 USC § 1955 (a) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

 X  Unsecured Appearance Bond  50,000 co-signed

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

 X  (Other)  to be revisited re conditions on 8/18/05 @ 2:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 17, 2006  at  3:10  pm .

                                  By  /s/ Dale A. Drozd
                                      Dale A. Drozd
                                      United States Magistrate Judge

Original - U.S. Marshal